UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES KARNATH, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C08-1002-RSM |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY DANIELS, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR PRELIMINARY |
| Defendant. | ) | INJUNCTIVE RELIEF |

The Court, having reviewed plaintiff's civil rights complaint, plaintiff's motion for preliminary injunctive relief, the Report and Recommendation of Judge Brian A. Tsuchida, United States Magistrate Judge, plaintiff's objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and additionally advises Plaintiff of Local Rule GR 9. This rule provides that:

> Litigation, inside and outside the courtroom in the United States District Court for the Western District of Washington, must be free from prejudice and bias in any form. Fair and equal treatment must be accorded all courtroom participants, whether judges, attorneys, witnesses, litigants, or court personnel. The duty to be respectful of others *includes the responsibility to avoid comment or behavior that can reasonably be interpreted as manifesting prejudice or bias toward another* on the basis of categories such as gender, race, ethnicity, religion, disability, age, or sexual orientation.

Local Rule GR 9 (emphasis added).

ORDER

1 | In this case, plaintiff has inundated the Court with several letters, in which he has repeatedly
2 | made racial and religious slurs against the country's president-elect. In addition, he has made several
3 | references to threats against the undersigned judge. The Court therefore advises plaintiff that further
4 | correspondence which violates Local Rule GR 9 will result in dismissal of his case.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. No. 14) is DENIED.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Brian A. Tsuchida.

DATED this 9th day of January, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER