UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES KARNATH, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C08-1002-RSM |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY DANIELS, | ) | ORDER DENYING PLAINTIFF'S MOTIONS |
| | ) | FOR SUMMARY JUDGMENT AND FOR |
| Defendant. | ) | PRELIMINARY INJUNCTIVE RELIEF |
| _____ | ) | |

The Court, having reviewed plaintiff's civil rights complaint, plaintiff's motions for summary judgment and for preliminary injunctive relief, the Report and Recommendation of Judge Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motions for summary judgment (Dkt. No. 48) and for preliminary injunctive relief (Dkt. No. 54) are DENIED.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Brian A. Tsuchida.

DATED this 15 day of April, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER