UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES KARNATH, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C08-1002-RSM |
| ) | |
| v. ) | |
| ) | |
| TRACY DANIELS, ) | ORDER GRANTING DEFENDANT'S |
| ) | MOTION TO DISMISS |
| Defendant. ) | |
| _____) | |

The Court, having reviewed plaintiff's amended civil rights complaint, defendant's motion to dismiss, the Report and Recommendation of Judge Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's motion to dismiss (Dkt. No. 56) is GRANTED.

(3) Plaintiff's three most recent filings (Dkts. No. 73, 74, and 75) are STRICKEN AS MOOT.

(4) Plaintiff's amended complaint and this action are DISMISSED with prejudice.

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Brian A. Tsuchida.

DATED this _14_ day of July, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER